UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERT G. PORTER,
    Plaintiff,

vs.                                           CASE NO. 8:14-CIV-633-T-EAK-EAJ

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,
    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This cause is before the Court on the report and recommendation (R&R) issued by Magistrate Judge Elizabeth A. Jenkins on June 10, 2015 (Doc. 31). The magistrate judge recommended that the decision of the Commissioner affirmed and the case be dismissed.

## STANDARD OF REVIEW

When a party makes a timely and specific objection to a finding of fact in the report and recommendation, the district court should make a de novo review of the record with respect to that factual issue. 28 U.S.C. § 636(b)(1); **U.S. v. Raddatz**, 447 U.S. 667 (1980); **Jeffrey S. v. State Board of Education of State of Georgia**, 896 f.2d 507 (11th Cir. 1990). However, when no timely and specific objections are filed, case law indicates that the court should review the findings using a clearly erroneous standard. **Gropp v. United Airlines, Inc.**, 817 F.Supp. 1558, 1562 (M.D. Fla. 1993). No timely objections were filed.

The Court has reviewed the report and recommendation and made an independent review of the record. Upon due consideration, the Court concurs with the report and recommendation. Accordingly, it is

**ORDERED** that the report and recommendation (Doc. 31) be **adopted** and **incorporated by reference**; the decision of the Commissioner be affirmed; and the Clerk of Court is **directed** enter judgment for the Defendant and to close this case.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 30th day of June, 2015.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to: All parties and counsel of record
Assigned Magistrate Judge

2